# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

PATRICIA BARRETT,

   *Plaintiff*

v.   Civil Action No. 4:15-CV-5109-LRS

CAROLYN W. COLVIN, Acting Commissioner of Social Security

   *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion For Summary Judgment (ECF No. 14) is GRANTED
Defendant's Motion For Summary Judgment (ECF No. 19) is DENIED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge LONNY R. SUKO on motions for Summary Judgment (ECF No. 14 and 19).

Date: October 27, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
   *(By) Deputy Clerk*
Virginia Reisenauer